No. 05–6119.   MARCH v. UNITED STATES.   C. A. 8th Cir.   Certiorari denied.

No. 05–6184.   BERKLEY v. TEXAS.   Ct. Crim. App. Tex.   Certiorari denied.

No. 05–6291.   VALLIN v. UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 05–6892.   WILLIAMS v. HARRISON, WARDEN.   C. A. 9th Cir.   Certiorari denied.

No. 05–6893.   WASHINGTON v. CHRONES, WARDEN, ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 05–6897.   THOMPSON v. FLORIDA.   Sup. Ct. Fla.   Certiorari denied.

No. 05–6900.   SHERRATT v. FRIEL, WARDEN, ET AL.   Ct. App. Utah.   Certiorari denied.

No. 05–6902.   SANDERS v. CATHEL, ADMINISTRATOR, NEW JERSEY STATE PRISON, ET AL.   C. A. 3d Cir.   Certiorari denied.

No. 05–6905.   COHEN v. SYME ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 05–6911.   HAINES v. RISLEY ET AL.   C. A. 1st Cir.   Certiorari denied.

No. 05–6916.   BLACKMAN v. HANKS, SUPERINTENDENT, WABASH VALLEY CORRECTIONAL FACILITY.   C. A. 7th Cir.   Certiorari denied.

No. 05–6917.   BARRON v. UNIVERSITY OF TENNESSEE.   C. A. 6th Cir.   Certiorari denied.

No. 05–6965.   WOODWARD v. FLORIDA.   Dist. Ct. App. Fla., 1st Dist.   Certiorari denied.

No. 05–6966.   THOMAS v. DWYER, SUPERINTENDENT, SOUTHEAST CORRECTIONAL CENTER.   C. A. 8th Cir.   Certiorari denied.

No. 05–6987.   SIRECI v. FLORIDA.   Sup. Ct. Fla.   Certiorari denied.

No. 05–6998.   MENDEZ v. CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.   C. A. 11th Cir.   Certiorari denied.